NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEONARD O. WILLIAMS,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3051

---

Petition for review of the Merit Systems Protection Board in case no. DC0831110366-I-1.

---

## ON MOTION

---

## ORDER

Leonard O. Williams moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 10 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leonard O. Williams
Anuj Vohra, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 10 2012

JAN HORBALY
CLERK